DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KAREN WEINBERGER** and **MARC WEINBERGER,**
Appellants,

v.

**ENB PROPERTIES, LLC,**
Appellee.

No. 4D22-2619

[June 22, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE14-004643.

Karen Weinberger and Marc Weinberger, Cooper City, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***